U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

MAR 07 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BRANDON SCOTT LAVERGNE<br>LA. DOC #424229 | CIVIL ACTION NO. 6:13-2140 |
| | SECTION P |
| VERSUS | JUDGE HAIK |
| ACADIA PARISH SHERIFF'S<br>OFFICE, ET AL | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Lavergne's civil rights claims directed at incidents and events which occurred in in 2000, 2005 and 2008 in connection with the Acadia Parish Sheriff's Office's original investigation of the Pate murder and civil rights claims against detective Keith Latholis be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. §1915(e)(2)(B)(ii).

**IT IS FURTHER ORDERED** that Lavergne's civil rights claims for incidents and events connected with the 2012 murder investigation of Shunick and Pate and subsequent state criminal proceeding be **DISMISSED WITH PREJUDICE** subject to reassertion if the requirements of *Heck v. Humphrey* are met.

Alternatively, **IT IS FURTHER ORDERED** that Lavergne's civil rights claims against the Acadia Parish Sheriff's Office be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that Lavergne's claims under Louisiana State law be **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to send a copy of this Judgment to the Keeper of the Three Strikes List, Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this 6th day of March, 2013.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE